November 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

LEVIATHAN ENTERPRISES GROUP, INC., Appellant

NO. 14-11-00443-CV            V.

ULYSSES W. WATKINS, FAMILY CARE MEDICAL CLINIC, INC., ARNOLD S. COHN & ASSOCIATES, P.C. AND ARAMCO INVESTMENT GROUP, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 26, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by LEVIATHAN ENTERPRISES GROUP, INC.

We further order this decision certified below for observance.